UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAMON QUINONES,

Petitioner,

Case No. 2:26-cv-2797-KCD-NPM

v.

WARDEN, GLADES COUNTY DETENTION CENTER, U.S. ATTORNEY GENERAL,

Respondents.
___________________________________/

**ORDER**

Petitioner Ramon Quinones has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) Petitioner argues his removal to Mexico is unlikely. (Doc. 1 at 2.) Quinones has been detained longer than the six-month presumptively reasonable period under *Zadvydas v. Davis*, 533 U.S. 678, 683 (2001). Under the *Zadvydas* burden-shifting framework, even assuming Quinones has shown good reason to believe his removal is unlikely, the Government states that he is scheduled for removal tomorrow. (Doc. 3 at 2.) Thus, the Government has shown a significant likelihood of removal in the reasonably foreseeable future. Quinones may refile the petition if his removal does not proceed.

Consequently, the habeas petition is **DENIED WITHOUT PREJUDICE** to Quinones refiling a new petition should his current detention be unimpeded and he can demonstrate there is no significant likelihood of removal in the reasonably foreseeable future. The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending motions and deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on November 6, 2026.



Kyle C. Dudek
United States District Judge